*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 20-BG-217**

IN RE CHRISTOPHER P. MITCHELL

**2018 DDN 74**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 491343**

BEFORE: Glickman and Thompson, Associate Judges, and Washington, Senior Judge.

### O R D E R
(FILED- July 30, 2020)

On consideration of the certified order of the Supreme Court of Ohio suspending respondent from the practice of law in that jurisdiction for one year, all stayed contingent on respondent completing his five-year probation imposed as the result of a criminal prosecution; this court's March 6, 2020, order directing him to show cause why reciprocal discipline should not be imposed; the response thereto wherein respondent consents to the imposition of reciprocal discipline; and the statement of Disciplinary Counsel, it is

ORDERED that Christopher P. Mitchell is hereby suspended from the practice of law in the District of Columbia for a period of one year. Imposition of the suspension is stayed contingent on respondent's successful completion of his five-year probation imposed as the result of a criminal prosecution in the state of Ohio.

**PER CURIAM**